AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:10mj146 |
| | ) | |
| Thaddeus Jones | ) | |
| | ) | |
| *Defendant* | | |

**FILED**
APR 28 2010
CLERK, US DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date July 16, 2009, in the city of Norfolk, Virginia in the Eastern District of Virginia, the defendant violated 21 U. S. C. § 841(a)(1), offense described as follows:

Possession with Intent to Distribute a Controlled Substance, namely cocaine base, a Schedule II narcotic controlled substance.

This criminal complaint is based on these facts: Please see attached Affidavit.

READ AND REVIEWED:

_____
Stephen W. Haynie
Assistant United States Attorney

_____
*Complainant's signature*

Special Agent Corey D. Handy, DEA
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 28, 2010

City and state: Norfolk, VA

_____
*Judge's signature*
E. BRADFORD STILLMAN
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*